THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DERRIS BRADFORD, SR.,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action |
| | : | No. 5:09-cv-286 (CAR) |
| **CALVIN RAMSEY,** *et al.*, | : | |
| Defendants. | : | |

**ORDER ON THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is United States Magistrate Judge Charles H. Weigle's Recommendation that Defendants' Motion for Summary Judgment be granted and Plaintiff's motions seeking protective orders be denied as moot. Plaintiff has not entered any objection to Recommendation. Upon consideration of the Recommendation and the record of the case, the Court agrees with the findings and conclusions of the United States Magistrate Judge, and his Recommendation [Doc. 38] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. For the reasons set forth therein, Defendants' Motion for Summary Judgment [Doc. 10] is **GRANTED**, and Plaintiff's Motions for protective orders [Docs. 14 and 32] are **DENIED as moot**. The Clerk of Court is directed to enter judgment in favor of Defendants as to all claims.

It is SO ORDERED this 4th day of February, 2011.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

SSH